An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

VIEGA GMBH; AND VIEGA
INTERNATIONAL GMBH,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE SUSAN
JOHNSON, DISTRICT JUDGE,
Respondents,
and
LA PALOMA HOMEOWNERS'
ASSOCIATION,
Real Party in Interest.

No. 60015

**FILED**

OCT 11 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING PETITION FOR WRIT OF PROHIBITION

Petitioners have filed a motion to withdraw their petition for a writ of prohibition, stating that pursuant to a settlement, real party in interest has dismissed petitioners as defendants in the district court action. Having considered petitioners' motion to withdraw their writ petition, we grant the motion. Accordingly, we

ORDER the petition DISMISSED.

_Pickering_____, C.J.

cc:  Hon. Susan Johnson, District Judge
     Lincoln, Gustafson & Cercos
     Fennemore Craig, P.C./Phoenix
     Fennemore Craig Jones Vargas/Las Vegas
     Carroll, Burdick & McDonough, LLP
     Kemp, Jones & Coulthard, LLP
     Carraway & Associates
     Robert C. Maddox & Associates/Reno
     Lynch, Hopper & Salzano, LLP
     Canepa Riedy & Rubino
     Eighth District Court Clerk

13-30407